UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:13-cr-11-HSM-SKL |
| | ) |
| MICHAEL O. BROWN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Motion to Discover Expert Testimony [Doc. 515] filed by Defendant Michael O. Brown ("Defendant") [Doc. 515]. The motion was referred pursuant to 28 U.S.C. § 636(b) [Doc. 521]. Plaintiff United States of America ("the government") has filed a response [Doc. 524] and a "Notice of Expert Testimony" [Doc. 525] in which it identified experts and summarized the qualifications and testimony of the experts. Defendant did not file a reply brief and the motion is now ripe. After considering the parties' arguments, Defendant's Motion to Discover Expert Testimony [Doc. 515] **DENIED as MOOT** as it appears the Notice resolves all issues raised in this particular motion.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE